AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| ERIK SALAIZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-CV-00409-DCG |
| DEBT USA LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Defendants, Debt USA LLC, Cordoba Legal Group LLC, Kisch Law Firm PLLC & Debt Pay Gateway, Inc.       .

Date:       02/07/2023

/s/ Richard W. Epstein
*Attorney's signature*

Richard W. Epstein
*Printed name and bar number*
Greenspoon Marder LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

*Address*

richard.epstein@gmlaw.com
*E-mail address*

(954) 491-1120
*Telephone number*

(954) 343-6958
*FAX number*